UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL THOMPSON, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 04-1685 and Consolidated Cases |
| THE SHAW GROUP, INC., ET AL | SECTION: "C" 1 |

J U D G M E N T

In accordance with the judgment from the United States Court of Appeals for the Fifth Circuit, issued as mandate on August 20, 2008,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above captioned matter be and is hereby DISMISSED.

New Orleans, Louisiana, this _29th_ day of August 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE